FILED

10/22/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 21-0502

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. OP 21-0502

REBECCA RUTH OLNEY,

     Petitioner,

  v.

NINETEENTH JUDICIAL DISTRICT COURT,
HON. MATTHEW CUFFE, Presiding,

     Respondent.

## ORDER

Upon consideration of the State's Unopposed Motion to Release Sealed Document, and good cause appearing therefor,

IT IS HEREBY ORDERED that the Motion is granted and the record on appeal shall be supplemented with the following: Document No. 45 filed on March 31, 2021, in *State v. Rebecca Ruth Olney*, Nineteenth Judicial District Court Cause No. DC-20-030 and, that upon receipt, Document No. 45 will be filed under seal.

IT IS FURTHER ORDERED that the Clerk of Court shall serve all parties of record and the Clerk of District Court, Nineteenth Judicial District, with this Order.

KFS

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 22 2021